MICHAEL SCHERALDI AND WILLIAM SCHMIDT, PLAIN-
TIFFS, v. JAMES F. DOWLEN, DEFENDANT.

Decided January 25, 1932.

Before LAWRENCE, C. C. J.

For the rule, *Charles Stockdell Gray* (*Mr. Morris*, of
counsel).

*Contra, Bilder & Bilder* (*Mr. Daniel G. Kasen*, of
counsel).

LAWRENCE, C. C. J. Plaintiffs have a verdict against the
defendant in an automobile accident case tried before me and
a jury at the Monmouth Circuit. Defendant took out the
present rule and argues for a new trial on the ground that the
award of $1,000 to Scheraldi, covering the breaking of his
car in the accident, certain alleged disbursements and loss
of earnings, and a bump or bruise on his forehead, is ex-
cessive, and inconsistent with that of $350 to the other
plaintiff—Schmidt—who received an injury to his right hand,
involving cuts and a broken knuckle. It is not suggested,
however, that the latter should be disturbed, the criticism
being directed entirely to the former. No rule was applied
for as to an inadequacy in the verdict in favor of Schmidt
and that question is consequently not before me.

Considering the evidence submitted at the trial, the con-
clusion is that the Scheraldi award is excessive and should
be reduced to $750. If he will consent to accept that sum,
the rule to show cause will be discharged, otherwise it will
be made absolute as to damages only.